# EXHIBIT A

Industrial Transport, Inc. et al
Receivership Balance Sheet
September 29, 2010

|  | Sep 29, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Cash** | |
| Cash in Checking | 326,833.44 |
| **Total Cash** | 326,833.44 |
| | |
| **Accounts Receivable** | |
| AR - Accts Rec Trade | 51,269.00 [1] |
| **Total Accounts Receivable** | 51,269.00 |
| | |
| **Other Current Assets** | |
| Lease Refund | 8,243.89 [2] |
| Cash Value Life Insurance | 7,081.17 [3] |
| **Total Other Current Assets** | 15,325.06 |
| | |
| **Total Current Assets** | 393,427.50 |
| | |
| **Fixed Assets-Non-Recoverable** | |
| Leasehold Improvements | 106,705.70 |
| Accumulated Depreciation-Leasehold Improvements | -91,944.17 |
| **Total Fixed Assets** | 14,761.53 [4] |
| | |
| **TOTAL ASSETS** | 408,189.03 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Receiver & Receiver's Counsel Fees Payable | |
| Receiver | 32,796.64 [5] |
| Receiver's Counsel | 67,069.63 [6] |
| Total Receivership Fees Payable | 99,866.27 |
| Accounts Payable-Unsecured Creditors | 1,507,513.35 |
| **Total Accounts Payable** | 1,607,379.62 |
| | |
| **Notes Payable to PNC Bank** | |
| Cur N/P-NCB #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-1 | 3,050,000.00 |
| Cur N/P-NCB #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-7 | 20,000.00 |
| Cur N/P 604692448 | 200,565.00 |
| Cur N/P-NCB LOC #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-5 | 339,969.45 |
| **Total Current Notes Payable - PNC Bank** | 3,610,534.45 |
| | |
| **Other Liabilities** | |
| Workers Compensation Insurance | 320,415.39 |
| **Total Other Liabilities** | 320,415.39 |
| **Total Current Liabilities** | 5,438,463.19 |
| | |
| **Total Liabilities** | 5,438,463.19 |
| | |
| **Equity** | |
| Common Stock | 500.00 |
| Treasury Stock | -50,000.00 |
| Additional Paid-In-Capital | 227,711.57 |
| Accumulated Retained Earnings | -5,535,319.13 |
| Net Income | 326,833.44 |
| **Total Equity** | -5,030,274.12 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 408,189.07 |

Footnote Explanations:

1. This amount is uncollectable due to an offset with the customer.
2. Lease refund is in the process of being sent to the Receiver.
3. The Receiver is in the process of liquidating the life insurance policy for the benefit of the estate.
4. The net fixed asset amount is not collectable due to being leasehold improvements.
5. Estimated Receiver fees through the completion of the Receivership
6. Estimated Receiver's Counsel fees through the completion of the Receivership

# Industrial Transport, Inc. et al
# Receivership Income Statement
# September 29, 2010

|  | Sep 29, 10 |
|---|---|
| **Income** | |
| Account Receivble Collections | 554,713.51 |
| Asset Sales | 101,944.00 |
| Insurance Refund | 17,788.79 |
| Misc. Receipts | 2,234.88 |
| **Total Income** | 676,681.18 |
| **Gross Profit** | 676,681.18 |
| | |
| **Expense** | |
| Bank Service Charges | 380.00 |
| Insurance Expense | 124,516.98 |
| Maintenance Expense | 11,510.07 |
| Office Supplies | 817.00 |
| Payroll Expenses | 175,965.37 |
| Professional Fees | 31,490.26 |
| Rent Expense | 3,666.67 |
| Telephone Expense | 895.23 |
| Travel Expense | 246.39 |
| Utilities | 359.77 |
| **Total Expense** | 349,847.74 |
| **Net Income** | 326,833.44 |