{00896722.DOC;4 }

**EXHIBIT B**

**EXHIBIT B**
Meridian Invoices

| Meridian Invoices | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| June/July 2010 | 18,687.50 | 743.60 | 19,431.10 |
| July/August 2010 | 8,000.00 | 178.04 | 8,178.04 |
| Estimated Closing Costs | 4,500.00 | 500.00 | 5,000.00 |
| GRAND TOTAL | 31,187.50 | 1,421.64 | 32,609.14 |

# THE MERIDIAN GROUP
### INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



BENEDUM-TREES BUILDING
223 FOURTH AVENUE, SUITE 1700
PITTSBURGH, PENNSYLVANIA 15222-1713

(412) 232-0113 (MAIN)
(412) 232-0502 (FAX)
Email: tm.group@verizon.net
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 7/22/2010 | MFA-836 |

**Bill To**

Merdian Advisors of Ohio, Inc.
Receiver for Industrial Transport
223 Fourth Avenue, Suite 1700
Pittsburgh, PA 15222

| Due Date |
|---|
| 7/22/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| MJC/C | Review SAC report and receivership budget provided | 1 | 250.00 | 6/1/2010 | 250.00 |
| MJC/C | Receivership budget | 2.5 | 250.00 | 6/3/2010 | 625.00 |
| MJC/C | Review receivership motion and order | 1 | 250.00 | 6/7/2010 | 250.00 |
| MJC/C | Conference call with Receiver's counsel on proposed receivership order, receivership budget development | 1.5 | 250.00 | 6/7/2010 | 375.00 |
| TVL/C | Review receivership documents and conference call with counsel | 2 | 375.00 | 6/7/2010 | 750.00 |
| TVL/C | review order and call with counsel | 0.5 | 375.00 | 6/9/2010 | 187.50 |
| TVL/C | review order and call with counsel | 1 | 375.00 | 6/10/2010 | 375.00 |
| MJC/C | Receivership budget | 1 | 250.00 | 6/14/2010 | 250.00 |
| MJC/C | Review receivership order, work on receivership budget | 1 | 250.00 | 6/15/2010 | 250.00 |
| MJC/C | Meeting with management team to review current issues and cash flow. | 2 | 250.00 | 6/18/2010 | 500.00 |
| TVL/C | Review court documents | 2 | 375.00 | 6/22/2010 | 750.00 |
| TVL/C | Review situation with owner/operator | 2 | 375.00 | 6/22/2010 | 750.00 |
| MJC/C | Meetings with employees, company operational review, receivership planning, customer meetings | 7 | 250.00 | 6/22/2010 | 1,750.00 |
| TVL/C | Review findings with M. Caiazza | 1 | 375.00 | 6/23/2010 | 375.00 |
| MJC/C | Company operations, cash flow analysis, shut down/continuation planning | 10 | 250.00 | 6/23/2010 | 2,500.00 |
| MJC/C | Company operations; employee meetings; customer meetings; miscellaneous calls and emails with counsel, lenders | 8 | 250.00 | 6/24/2010 | 2,000.00 |
| MJC/C | Meeting with management team on receivership plan; conference call with J. Robertson and debtors counsel | 2 | 250.00 | 6/25/2010 | 500.00 |
| MJC/C | Calls and emails regarding operational issues, Ryder leases, cash flow and budget | 1 | 250.00 | 6/28/2010 | 250.00 |
| MJC/C | Conference call with Calfee Halter on receivership plan | 1 | 250.00 | 6/29/2010 | 250.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# THE MERIDIAN GROUP
### INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



**BENEDUM-TREES BUILDING**
223 FOURTH AVENUE, SUITE 1700
PITTSBURGH, PENNSYLVANIA 15222-1713

(412) 232-0113 (MAIN)
(412) 232-0502 (FAX)
Email: tm.group@verizon.net
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 7/22/2010 | MFA-836 |

**Bill To**

Merdian Advisors of Ohio, Inc.
Receiver for Industrial Transport
223 Fourth Avenue, Suite 1700
Pittsburgh, PA 15222

| Due Date |
|---|
| 7/22/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| MJC/C | Finalize receivership budget | 4 | 250.00 | 6/29/2010 | 1,000.00 |
| MJC/C | Meeting with C. Smith on receivership budget | 1 | 250.00 | 6/30/2010 | 250.00 |
| MJC/C | Miscellaneous calls and emails relating to assets sales and receivership | 1.5 | 250.00 | 7/1/2010 | 375.00 |
| MJC/C | Meet with operations team on shut down, equipment auction, sale of trailers to Exel | 1.5 | 250.00 | 7/2/2010 | 375.00 |
| MJC/C | Miscellaneous calls and emails relating to the receivership, employee benefits & assets sales | 1 | 250.00 | 7/6/2010 | 250.00 |
| MJC/C | Review bids for rolling stock; call with S. McGregor on potential auction or Ritchie Bros. participation; Misc calls and emails regarding receivership and wind down; call with PNC and Counsel on wind down costs | 2.25 | 250.00 | 7/7/2010 | 562.50 |
| MJC/C | Finalize cash flow and budget in preparation for call with PNC and counsel to review same | 1.5 | 250.00 | 7/7/2010 | 375.00 |
| MJC/C | Call with S. Rader, D. Parobeck and C. Smith on liquidation of assets and expected return to secured lenders | 0.25 | 250.00 | 7/8/2010 | 62.50 |
| MJC/C | Miscellaneous calls and emails relating to receivership issues and wind down of company; review final bids for rolling stock | 4.5 | 250.00 | 7/9/2010 | 1,125.00 |
| MJC/C | Meeting with management team on wind down status; call with Receiver's counsel on outstanding issues, status of workers compensation, union benefits, leases, equipment auction; miscellaneous calls and emails relating to receivership | 3.5 | 250.00 | 7/12/2010 | 875.00 |
| MJC/C | Miscellaneous calls and emails relating to receivership operations | 1 | 250.00 | 7/13/2010 | 250.00 |
| MJC/C | Misc calls and emails relating to receivership and operations | 1 | 250.00 | 7/16/2010 | 250.00 |
| Reimbursables | | | | | |
| | Balance to open Bank Account 6/28/10 | | 100.00 | 6/28/2010 | 100.00 |
| | UPS 7/1/10 | | 23.87 | 7/3/2010 | 23.87 |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |

# THE MERIDIAN GROUP
INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



BENEDUM-TREES BUILDING
223 FOURTH AVENUE, SUITE 1700
PITTSBURGH, PENNSYLVANIA 15222-1713

(412) 232-0113 (MAIN)
(412) 232-0502 (FAX)
Email: tm.group@verizon.net
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 7/22/2010 | MFA-836 |

**Bill To**

Merdian Advisors of Ohio, Inc.
Receiver for Industrial Transport
223 Fourth Avenue, Suite 1700
Pittsburgh, PA  15222

| Due Date |
|---|
| 7/22/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| | MJC: Meals 6/22/10 | | 42.87 | 7/16/2010 | 42.87 |
| | MJC: Meals 6/24/10 | | 33.45 | 7/16/2010 | 33.45 |
| | MJC: Lodging 6/24/10 | | 171.73 | 7/16/2010 | 171.73 |
| | MJC: Lodging 6/23/10 | | 160.20 | 7/16/2010 | 160.20 |
| | MJC: Lodging 6/22/10 | | 125.63 | 7/16/2010 | 125.63 |
| | MJC: Mileage 6/22/10 | | 85.85 | 7/16/2010 | 85.85 |
| | Total Reimbursable Expenses | | | | 743.60 |

| | |
|---|---|
| **Total** | $19,431.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,431.10 |

# THE MERIDIAN GROUP
### INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



BENEDUM-TREES BUILDING  
223 FOURTH AVENUE, SUITE 1700  
PITTSBURGH, PENNSYLVANIA 15222-1713

(412) 232-0113 (MAIN)  
(412) 232-0502 (FAX)  
Email: tm.group@verizon.net  
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 9/3/2010 | MFA-863 |

**Bill To**

Merdian Advisors of Ohio, Inc.  
Receiver for Industrial Transport  
223 Fourth Avenue, Suite 1700  
Pittsburgh, PA  15222

| Due Date |
|---|
| 9/3/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| MJC/C | Finalize sale procedures for equipment auction, notify secured creditors | 1 | 250.00 | 7/19/2010 | 250.00 |
| MJC/C | Miscellaneous calls and email relating to wind down, equipment auction, letters to vendors holding equipment | 1 | 250.00 | 7/20/2010 | 250.00 |
| MJC/C | Review and approve letters on cessation of operations to unions and other interested parties | 1 | 250.00 | 7/21/2010 | 250.00 |
| MJC/C | Miscellaneous calls and emails relating to the receivership and wind down | 1.5 | 250.00 | 7/22/2010 | 375.00 |
| MJC/C | Conference call with Calfee Halter on HR issues relative to wind down and upcoming reports to the Court | 1 | 250.00 | 7/23/2010 | 250.00 |
| MJC/C | Miscellaneous operations, calls, emails relative to wind down of company | 2 | 250.00 | 7/23/2010 | 500.00 |
| MJC/C | Call with Calfee Halter on WARN and Union issues | 0.5 | 250.00 | 7/23/2010 | 125.00 |
| MJC/C | Preparation, execution and follow-up of asset auction | 2 | 250.00 | 7/23/2010 | 500.00 |
| MJC/C | Miscellaneous calls and emails regarding equipment sold at auction | 1 | 250.00 | 7/26/2010 | 250.00 |
| MJC/C | Miscellaneous calls and emails relating to wind down, HR issues, asset disposition | 1.5 | 250.00 | 7/27/2010 | 375.00 |
| MJC/C | Calls and emails regarding truck titles, State of Wisconsin tax issues | 1 | 250.00 | 7/28/2010 | 250.00 |
| MJC/C | Review State of Wisconsin tax issue; calls and emails with vendors relating to the release of equipment | 0.5 | 250.00 | 7/29/2010 | 125.00 |
| MJC/C | Calls with creditors and counsel for creditors on the status of the receivership; calls with vendors on the releasing of equipment | 1 | 250.00 | 7/30/2010 | 250.00 |
| MJC/C | Miscellaneous calls and emails relating to sale of assets and amounts due to vendors | 0.5 | 250.00 | 8/2/2010 | 125.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# THE MERIDIAN GROUP
### INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



BENEDUM-TREES BUILDING
223 FOURTH AVENUE, SUITE 1700
PITTSBURGH, PENNSYLVANIA 15222-1713

(412) 232-0113 (MAIN)
(412) 232-0502 (FAX)
Email: tm.group@verizon.net
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 9/3/2010 | MFA-863 |

**Bill To**

Merdian Advisors of Ohio, Inc.
Receiver for Industrial Transport
223 Fourth Avenue, Suite 1700
Pittsburgh, PA  15222

| Due Date |
|---|
| 9/3/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| MJC/C | Calls with vendors to arrange for payment and pickup of assets; miscellaneous calls and emails with M. Hord on finalization of HR issues and Effects Bargaining meeting with Local 20 | 1.5 | 250.00 | 8/2/2010 | 375.00 |
| MJC/C | Call with N. Wheatley regarding OBWC claims, monies due vendors, State of Wisconsin tax claim, effects bargaining meeting with Local 20 | 0.25 | 250.00 | 8/3/2010 | 62.50 |
| MJC/C | Calls with vendors to release trucks; miscellaneous calls and emails with B. Jackson on status of truck pickups; emails with M. Hord on HR issues and union conference call; miscellaneous calls and emails regarding the receivership; conference call with Local 20 for Effects Bargaining | 3 | 250.00 | 8/5/2010 | 750.00 |
| MJC/C | Sign and send remaining titles; calls and emails with B. Jackson and purchasers regarding title issues; review fee application; call with S. Myers regarding additional trucks for sale | 1.75 | 250.00 | 8/6/2010 | 437.50 |
| MJC/C | Miscellaneous calls and emails relating to receivership issues | 1.5 | 250.00 | 8/11/2010 | 375.00 |
| MJC/C | Review Excel billing true up; call with N. Wheatley on Excel claims; miscellaneous calls and emails with B. Jackson on Central States information; call with Excel to review claim and true up | 2.5 | 250.00 | 8/12/2010 | 625.00 |
| MJC/C | Review letter from Teamsters Local 20 and determine response; miscellaneous calls and emails relating to Central States document request; calls and emails relating to truck title issues | 1 | 250.00 | 8/13/2010 | 250.00 |
| MJC/C | Update cash flow and prepare report for PNC & Dearborn Capital | 1.5 | 250.00 | 8/17/2010 | 375.00 |

**Total**

**Payments/Credits**

**Balance Due**

# THE MERIDIAN GROUP
INVESTMENT BANKERS AND FINANCIAL CONSULTANTS



BENEDUM-TREES BUILDING  
223 FOURTH AVENUE, SUITE 1700  
PITTSBURGH, PENNSYLVANIA 15222-1713  

(412) 232-0113 (MAIN)  
(412) 232-0502 (FAX)  
Email: tm.group@verizon.net  
Website: www.themeridiangrp.com

| Date | Invoice # |
|---|---|
| 9/3/2010 | MFA-863 |

**Bill To**

Merdian Advisors of Ohio, Inc.  
Receiver for Industrial Transport  
223 Fourth Avenue, Suite 1700  
Pittsburgh, PA 15222

| Due Date |
|---|
| 9/3/2010 |

| Item | Description | Hours | Hourly Rate | Date | Amount |
|---|---|---|---|---|---|
| MJC/C | Letter to State of Illinois on corrective titles; review cash from S. Thomas; review correspondence from counsel on legal issues | 1.5 | 250.00 | 8/18/2010 | 375.00 |
| MJC/C | Prepare report of submission to the Court | 1 | 250.00 | 8/19/2010 | 250.00 |
| MJC/C | Finalize court report | 1 | 250.00 | 8/20/2010 | 250.00 |
| Reimbursables | | | | | |
| | July 2010 Postage | | 9.68 | 2/19/2010 | 9.68 |
| | August 2010 Postage | | 4.84 | 2/19/2010 | 4.84 |
| | UPS 8/4/10 | | 17.74 | 8/7/2010 | 17.74 |
| | UPS 8/4/10 | | 17.74 | 8/7/2010 | 17.74 |
| | UPS 8/4/10 | | 17.74 | 8/7/2010 | 17.74 |
| | UPS 8/6/10 | | 17.90 | 8/14/2010 | 17.90 |
| | FedEx 8/6/10 | | 27.20 | 8/16/2010 | 27.20 |
| | FedEx 8/18/10 | | 27.20 | 8/23/2010 | 27.20 |
| | UPS 8/26/10 | | 17.90 | 8/28/2010 | 17.90 |
| | FedEx 8/23/10 | | 20.10 | 8/30/2010 | 20.10 |
| | Total Reimbursable Expenses | | | | 178.04 |

| | | |
|---|---|---|
| **Total** | | $8,178.04 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$8,178.04** |